IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 8:05CR230 | USA v. Ricardo Perales | 9/15/05 |
| 8:05CR256 | USA v. Ricky T. McCollum | 6/15/06 |
| 4:05CR3003 | USA v. Robert Dankemeyer | 4/28/05 |
| 4:05CR3016 | USA v. Brian R. Moore | 8/1/05; 8/5/05 |
| 4:05CR3034 | USA v. Luis Raul Cervantes | 10/06/05 |
| 4:05CR3045 | USA v. Omar R. De Lao Oliveros | 6/8/05 |
| 4:05CR3055 | USA v. Daniel William Zeiger | 10/25/05 |
| 4:05CR3059 | USA v. Rene Alvarado | 7/29/05 |
| 4:05CR3064 | USA v. Chester Grant Holmes | 9/8/05 |
| 4:05CR3078 | USA v. Earl M. Joseph | 11/2/05 |
| 4:05CR3125 | USA v. Thomas K. Golden | 3/09/06 |
| 4:05CR3126 | USA v. Erick Trimble | 2/22/06 |
| 4:06CR3054 | USA v. Josh W. Johnson & Martin D. Losby | 6/30/06 |

DATED this 28th day of March, 2007.

BY THE COURT

s/ *Richard G, Kopf*
United States District Judge