IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2009 DEC 17 PM 2: 38
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:05CR3003 |
| ROBERT DANKEMEYER, | ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Oral Motion to Review Detention, ~~filing~~ *RGK*. This Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to Cornhusker Place, upon notification by the Federal Public Defender's Office of a date and time of admission. *RGK* Mr. Dankemeyer is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from Cornhusker Place.

*RGK Dankemeyer*

All other conditions of ~~Mr. Dominguez's~~ supervised release, not inconsistent with this Order, shall remain in effect.

IT IS FURTHER ORDERED that the United States Marshal's Office shall release the defendant with a 30 day supply of all medication currently prescribed to the defendant.

The defendant shall ~~comply~~ stay at Cornhusker Place and not leave the facility. Defendant shall follows the rules of the facility. *RGK*

Dated this 17th day of December, 2009.

BY THE COURT:

*signature*

The Honorable Richard G. Kopf
United States District Judge