IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 MAR 17 PM 2: 21

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3003 |
| ) | |
| ROBERT DANKEMEYER, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

THIS MATTER comes before the Court on defendant's Oral Motion to Amend the December 17, 2009, Order, filing ____. This Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the December 17, 2009, Order, filing 47, shall and the probation officer's be amended to allow Mr. Dankemeyer to leave Cornhusker Place with staff's permission.

All other conditions of Mr. Dankemeyer's supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 17 day of March, 2010.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge